IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSTY LUGO,

      Plaintiff,                         No. CIV S-08-0730 FCD DAD P

    vs.

RAMIREZ, et al.,

      Defendants.           <u>ORDER</u>

          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

          On August 26, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. On September 5, 2008, the findings and recommendations were reserved on plaintiff at his last known address. Plaintiff has not filed objections to the findings and recommendations.

          The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed August 26, 2008, are adopted in full; and

2. This action is dismissed for plaintiff's failure to state a cognizable claim.

DATED: October 14, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE